**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

JOHN JASON AMAR,

              Movant,

v.

UNITED STATES OF AMERICA,

              Respondent.

CIVIL ACTION NO. 5:02-1221
Criminal no. 5:01-00174

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **DENIES** and **DISMISSES** Movant's

Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2555 and **REMOVES** this matter from the

Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel

of record and any unrepresented parties.

ENTER:       May 26, 2005

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE